■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT NOLLEY, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Juviler, J.), rendered March 14, 1985, convicting him of burglary in the second degree and petit larceny, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's assertion that he was entitled to the appointment of a special prosecutor is unpreserved for appellate review (see, *People v Paperno*, 54 NY2d 294) and, in any event, lacking in merit (see, *Matter of Schumer v Holtzman*, 60 NY2d

46). Mangano, P. J., Bracken, Lawrence and Kooper, JJ., concur.